IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:07-CR-110 |
| | ) | (Varlan / Guyton) |
| ROY DENNIS TAYLOR, | ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on January 11, 2008, for an evidentiary hearing on pretrial motions filed by Defendant Roy Dennis Taylor. At the hearing, Defendant Taylor was present with his counsel, Gregory P. Isaacs. The government was represented by Assistant United States Attorney J. Edgar Schmutzer.

At the start of the hearing, the parties announced they had just reached a plea agreement in this case. Based upon this development, Attorney Isaacs made an oral motion to withdraw all pending pretrial motions as moot, which was granted by the Court. All pending pretrial motions are hereby denied as moot, without prejudice.

Accordingly, it is ORDERED:

    1) Motion for Bill of Particulars **[Doc. 21]** is **DENIED** as moot.

    2) Motion to Suppress Defendant's Statement **[Doc. 23]** is **DENIED** as moot.

    3) Motion in Dismiss **[Doc. 24]** is **DENIED** as moot.

4) Motion for Leave to File Additional Motions **[Doc. 25]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

<u>      s/ H. Bruce Guyton      </u>
United States Magistrate Judge